**JELLISON LAW OFFICES, PLLC**
36889 North Tom Darlington Drive
Suite B7, Box 2800, #304
Carefree, AZ 85377
Telephone: (480) 659-4244, ext. 2
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ. #012763
Attorney for Defendants

### IN THE UNITED STATES SUPERIOR COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nolan B. Gouguet,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>The City of Bisbee, a political subdivision of the State of Arizona; Carlos Moreno, in his individual capacity as a Bisbee Police officer; Bradley Nash, in his individual capacity as a Bisbee Police officer; Timothy Defoor II, in his individual capacity as a Bisbee Police officer; Delores Luberto, in her individual capacity as a former Animal Control officer employed by the Bisbee Police Department,<br><br>　　　　　Defendants. | Case No.: 4:21-cv-00209-SHR-PSOT<br><br>**NOTICE OF SETTLEMENT** |

　　　　Pursuant to Local Rule 40.2(d), the Defendants hereby notify the Court that the parties have executed a written settlement agreement in this matter, and expect to complete the terms of the agreement shortly. The parties anticipate filing a stipulation to dismiss this matter with prejudice within the next thirty (30) days.

　　　　DATED this 19th of August, 2021.

　　　　　　　　　　　　　　　　　　　　JELLISON LAW OFFICES, PLLC


　　　　　　　　　　　　　　　　　　　　By: s/ James M. Jellison
　　　　　　　　　　　　　　　　　　　　James M. Jellison
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

1

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on August 19, 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following registrants:

Jesse Showalter
Robbins & Curtin, p.l.l.c.
301 East Bethany Home, #B-100
Phoenix, Arizona 85012
*Attorneys for Plaintiff*

s/James M. Jellison