**JELLISON LAW OFFICES, PLLC**
36889 North Tom Darlington Drive
Suite B7, Box 2800, #304
Carefree, AZ 85377
Telephone: (480) 659-4244, ext. 1
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ. #012763
Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nolan B. Gouguet,<br><br>                    Plaintiff,<br>vs.<br><br>The City of Bisbee, a political subdivision of the State of Arizona; Carlos Moreno, in his individual capacity as a Bisbee Police officer; Bradley Nash, in his individual capacity as a Bisbee Police officer; Timothy Defoor II, in his individual capacity as a Bisbee Police officer; Delores Luberto, in her individual capacity as a former Animal Control officer employed by the Bisbee Police Department,<br><br>                    Defendants. | Case No.:   4:21-cv-00209-SHR-PSOT<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff and Defendants, by and through counsel undersigned, having reached a voluntary resolution hereby stipulate that the above-entitled and numbered action, and all causes of action asserted therein against all parties, shall be dismissed with prejudice, with each side to bear their own costs and attorneys' fees incurred. A proposed order effecting this Stipulation is attached hereto as Exhibit A.

DATED this 27th day of August, 2021.

JELLISON LAW OFFICES, PLLC
By: s/ James M. Jellison
James M. Jellison
*Attorneys for Defendants*

1

ROBBINS & CURTIN, p.l.l.c.
By s/ Jesse M. Showalter
Jesse Showalter
*Attorneys for Plaintiff*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on August 27, 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following registrants:

Jesse Showalter
Robbins & Curtin, p.l.l.c.
301 East Bethany Home, #B-100
Phoenix, Arizona 85012
*Attorneys for Plaintiff*

By:  s/ James M. Jellison